**FILED**

November 13, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ DT _____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| BRANDON ADRIAN | § |
| REYES-JARAMILLO, | § |
| | § |
| Defendant. | § |
| | § |
| | § |

**Case No: EP:24-CR-02539-DCG**

**I N D I C T M E N T**

**CT 1:** 21:952(a)-Importation of a Controlled Substance;

**CT 2:** 21:841(a)(1)-Possession of a Controlled Substance with Intent to Distribute.

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about October 16, 2024, in the Western District of Texas, Defendant,

**BRANDON ADRIAN REYES-JARAMILLO,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

## COUNT TWO

That on or about October 16, 2024, in the Western District of Texas, Defendant,

**BRANDON ADRIAN REYES-JARAMILLO,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of cocaine,

a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

and 841(b)(1)(C).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _José Luis González_____
        Assistant U.S. Attorney